

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00482-CV

**RSL-3B-IL, Ltd.**

v.

**The Prudential Insurance Company of America and Prudential Structured Settlement Company f/k/a Prudential Property and Casualty Insurance Company of Holmdel, New Jersey**

NO. 2012-12560 IN THE 269TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $15.00 | 08/10/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 07/24/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 03/16/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 02/23/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 02/02/2015 | E-PAID | ANT |
| SUPP CLK RECORD | $462.00 | 12/12/2014 | PAID | APE |
| MT FEE | $10.00 | 12/04/2014 | E-PAID | APE |
| MT FEE | $10.00 | 11/20/2014 | E-PAID | APE |
| SUPP CLK RECORD | $1,320.00 | 10/27/2014 | PAID | ANT |
| MT FEE | $10.00 | 10/13/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 09/11/2014 | E-PAID | ANT |
| CLK RECORD | $222.00 | 08/12/2014 | PAID | ANT |
| RPT RECORD | $3,052.50 | 08/12/2014 | PAID | ANT |
| MT FEE | $10.00 | 08/05/2014 | E-PAID | ANT |
| FILING | $175.00 | 07/03/2014 | E-PAID | ANT |

| STATEWIDE EFILING | $20.00 | 07/03/2014 | E-PAID | ANT |
|---|---|---|---|---|

## The costs incurred on appeal to the First Court of Appeals Houston, Texas are $5,356.50.

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this April 22, 2016.



**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**